UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY SCOTT KNUTSON,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DR. KENNEDY, and SPOKANE COUNTY JAIL MEDICAL DEPARTMENT,<br><br>                    Defendants. | NO. CV-11-5086-LRS<br><br>ORDER DISMISSING COMPLAINT |

    Plaintiff initiated this action on May 12, 2011, while housed at the Benton County Jail. He did not pay the filing fee as required by 28 U.S.C. § 1914, or provide an application to proceed *in forma pauperis,* and an accompanying six month statement of his account as required by 28 U.S.C. § 1915(a)(2).

    By letter dated May 17, 2011, the District Court Executive admonished Mr. Knutson that before the court could proceed with his action, he must return a completed application to proceed *in forma pauperis* and a copy of his inmate account. Mr. Knutson did not comply with this directive.

    On May 27, 2011, Plaintiff notified the court of his change of address to the Sacred Heart Psychiatric Unit in Spokane, Washington. The court is aware that documents sent to Mr. Knutson at that address in other cases have been returned, indicating he is no longer there.

    Because Mr. Knutson did not comply with the filing fee requirements of either 28

ORDER DISMISSING COMPLAINT -- 1

U.S.C. §§ 1914 or 1915(a)(2), the court is unable to proceed with this action.

Accordingly, **IT IS ORDERED** the complaint is **DISMISSED without prejudice.**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at the Eastern State Hospital, and close the file.

**DATED** this   13th   day of July, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 2